UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS REHABITATIONS,<br><br>    Defendant. | Case No. 25-cv-00865-EKL<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding pro se, sent a letter to the Court seeking to file a civil rights action under 42 U.S.C. § 1983. On January 28, 2025, plaintiff was sent a notice that he had not filed a formal complaint or paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies and was sent a blank complaint and a copy of the Court's form for applications to proceed IFP. He requested an extension and was provided until March 31, 2025, to file a complaint and pay the filing fee or a complete application to proceed IFP. Plaintiff has not submitted a complaint, paid the fee, filed a complete application to proceed IFP, or otherwise communicated with the Court. The case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: April 21, 2025

Eumi K. Lee
United States District Judge